UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number:  18-21843-CIV-MARTINEZ/OTAZO-REYES

ALEXANDER CALZADILLA MENDEZ,
an individual,

      Plaintiff,

vs.

COMMUNITY HEALTH OF SOUTH
FLORIDA, INC., a Florida Not for Profit
Corporation,

      Defendant.
_____/

## SCHEDULING ORDER

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, Local Rule 16.l.(b)(2) of the Local Rules of the United States District Court of the Southern District of Florida, the Court's May 9, 2018 Order Requiring Parties to Meet and File Joint Scheduling Report and Proposed Order [ECF No. 4], and upon consideration of the Joint Scheduling Report filed by the parties on June 22, 2018, and the Court being fully advised in the premises, it is thereupon,

ORDERED AND ADJUDGED as follows:

    **a.**    **Track**: This case shall be assigned to the standard case management track pursuant to Local Rule 16.1.A.2(b).

    **b.**    **Discovery schedule**: The discovery cut-off date shall be **February 1, 2019** unless modified by further order of the Court. The initial disclosures and exchanges required by Fed.R.Civ.P. 26(a)(l) and S.D.Fla.LR 16.1.B shall be made by **July 20, 2018**, unless modified by further order of the Court or stipulation of the parties, all in accordance with the procedure set forth in the parties' Joint Scheduling Report.

  c.  **Mediator Selection**:  The parties shall agree upon a Mediator and file a Notice of Mediator Selection by **August 17, 2018**.

  d.  **Join parties and amend pleadings**: The deadline to join parties and amend the pleadings shall be **October 31, 2018**.

  e.  **Deadline to Complete Mediation**:  Mediation shall be completed on or before **February 1, 2019**.

  f.  **Dispositive pretrial motions** shall be filed by **March 1, 2019**.

  g.  **Joint Pre-Trial Stipulation** shall be filed by **May 10, 2019**.

  h.  **Proposed Jury Instructions & Verdict Forms** shall be filed by **June 3, 2019**.

  i.  The Two Week **Trial Period** will begin **June 10, 2019**.

  j.  **Limitations on Waiver**: The production of privileged or work-product protected documents, electronically stored information ("ESI") or other information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

  Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

  DONE AND ORDERED, in Chambers, in Miami, Florida, this __ day of _____, 2018.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record